# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Location Code | MY11 |
| Violation Number | 2069701 |
| Officer Name (Print) | HATCHER |
| Officer No. | 130 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/14/2012  2124 | MTA 21-801.1 |

Place of Offense: DITTO / B1776

Offense Description: DRIVING VEH. ON HWY AT SPEED EXCEEDING LIMIT 33/15

**DEFENDANT INFORMATION**

Last Name: BROOKS
First Name: AKANWA (redacted)

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 2AP5081 | MD | 09 | CHEVROLET | BLACK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 90 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 115 Total Collateral Due

**YOUR COURT DATE**

Court Address: 521 FRAIM ST, FT DETRICK, MD 21702
Date: TBD
Time: TBD

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 NOVEMBER, 2012 while exercising my duties as a law enforcement officer in the MY11 District of FT DETRICK

WHILE ON PATROL W/ DASH MOUNTED RADAR I OBSERVED A VEHICLE APPROACHING (OPPOSITE OF ME) AT A SPEED GREATER THAN THE POSTED 15 MPH. ACTUAL SPEED WAS 27 MPH. I MADE A LEGAL U-TURN AND VEHICLE ACCELERATED TO 33 MPH. TRAFFIC STOP WAS INITIATED. DRIVER WAS IDD AS BROOKS. I VERIFIED THAT DRIVER HAD PASSED THREE POSTED 15MPH SIGNS PRIOR TO STOP. MY HEAT WAS TURNED OFF DURING MY OBSERVANCE OF THE VIOLATION PREVENTING A FALSE READING.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/14/2012   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge